IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    v.    )    Case No. 05-00355-01-CR-W-HFS
    )
ROBERT L. HENDERSON,    )
    )
    Defendant.    )

**ORDER**

Having reviewed the report of Dr. Nieberding and the magistrate's report and recommendation I adopt the magistrate's report (Doc. 35) and find that defendant is competent to stand trial and to assist in his defense.  SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

February 15, 2006

Kansas City, Missouri